1  ANTHONY ALLEN OLIVER
2  P.O. Box 284
   Pomona, California 91769
3  Telephone:  909-450-9470
   Facsimile:  909-860-3710
4  anthony.oliver29@rocketmail.com;
5  aoliver9@student.mtsac.edu

**JS-6**

6

7  Anthony Allen Oliver, In Pro Per

8

9

10            **UNITED STATES DISTRICT COURT**

11       **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

12

13

14  ANTHONY ALLEN OLIVER,                  | USDC Case No. CV11-5518 ODW
                                           | (MRWx)
15            Plaintiff,                   |
                                           |
16       v.                                | ~~ORDER RE:~~
                                           |
17  T-Mobile USA Inc., a California        | **NOTICE OF VOLUNTARY**
18  Corporation; Wells Fargo Bank N.A., a  | **DISMISSAL WITH PREJUDICE OF**
    California Corporation; and PHILIPP    | **ALL CLAIMS AGAINST T-MOBILE**
19  HUMM, an individual; JOHN              | **USA INC., PHILIPP HUMM, JUDY**
    STUMPF, an individual; DAVID           | **SALAS, MICHAEL K., DAVID A.,**
20  RUELAS, an individual; JUDY            | **AND KIMBERLY T. PURUSANT TO**
    SALAS, an individual; and Jane DOE     | **FRCP 41(a)(1)(A)(i)**
21  1, an individual; David A., an         |
    individual; Kimberly T., an individual;|
22  and Michael K., and individual; and in |
    their individual capacities; And DOES  |
23  1 through 25, inclusive,               |
                                           |
24                                         |
            Defendants.                    |
25                                         |
                                           |
26

27

28
                              - 1 -
       NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(i)

120714.1

1      Pursuant to Rule 41(a)(1)(A)(i)of the Federal Rules of Civil Procedure,

2  plaintiff Anthony Allen Oliver hereby dismisses with prejudice all claims in the

3  above-captioned action against defendants T-Mobile USA Inc., Philipp Humm, Judy

4  Salas, and defendants sued as Michael K., David A. and Kimberly T.

5      Each party shall bear its own fees and costs.

6

7  Dated: July _28_, 2011          ANTHONY ALLEN OLIVER

8

9                   By: _____

10                     Anthony Allen Oliver

                      In Pro Per

11

12

13 It is so ordered

14

15 8-5-11

16                   _____

                  US District Judge

17

18

19

20

21

22

23

24

25

26

27

28